UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN "KRIS" STEININGER,<br><br>                Plaintiff,<br><br>v.<br><br>J.CREW GROUP, LLC,<br><br>                Defendant. | CASE NO.: 1:26-cv-03971 |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEFE DEMANDED)

CHRISTIAN "KRIS" STEININGER, by and through his undersigned counsel, hereby brings this Complaint against Defendant J.CREW GROUP, LLC ("J.Crew") for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Steininger brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to reproduce, distribute, and publicly perform—including by means of a digital audio transmission—his original copyrighted works of authorship.

2. Defendant J.CREW GROUP, LLC ("J.Crew") is an American clothing retailer known for its classic, preppy style with a modern edge. Founded in 1947 and headquartered in New York City, the company offers men's, women's, and children's apparel, shoes, and accessories. J.Crew built its reputation on timeless designs, quality materials, and versatile wardrobe staples, and sells its collections through retail stores, factory outlets, and online platforms worldwide.

3. At all times relevant herein, J.Crew owned and operated the TikTok account located at the internet URL www.tiktok.com/@jcrew (the "J.Crew TikTok Page").

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

4.    Steininger alleges that J.Crew copied Steininger's copyrighted Work in order to advertise, market and promote their business activities.  J.Crew committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5.    This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.    J.Crew is subject to personal jurisdiction in New York.

8.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) and because the events giving rise to the claims occurred in this district, J.Crew engaged in infringement in this district, J.Crew resides in this district, and J.CrewDefendant is subject to personal jurisdiction in this district.

## PLAINTIFF

9.    CHRISTIAN "KRIS" STEININGER is the Producer of the Work "Elfe" by Dario Lessing ("Lessing") and is the exclusive master/recording rights owner of Lessing's "Elfe."

## THE COPYRIGHTED WORK AT ISSUE

10.    Plaintiff owns all the rights to Elfe pursuant to a transfer agreement.

11.    Lessing registered the Work with the Register of Copyrights on October 7, 2024, and was assigned registration number SR 1-014-065.  The Certificate of Registration is attached hereto as **Exhibit 1**.

12.    Lessing is a Berlin-based pianist, producer and composer who belongs to a new generation of modern-classical artists combining emotional instrumental compositions with contemporary electronic and cinematic influences.  Often associated with the neoclassical and ambient genres, Lessing's work has received substantial traction on streaming platforms.

2

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

13.     The Work has achieved significant streaming success and social media engagement across multiple platforms.

14.     As of June 2025, the Work has been streamed over 6.3 million times on Spotify, and the track appears on over 115 Spotify playlists, including Spotify's own curated playlists.

15.     The Work has over 286,000 views on YouTube and more than 25.8 million views on TikTok.

16.     The Work was never distributed as royalty-free to commercial users.

17.     The Work is not contained in any commercial music libraries licensed to Meta, TikTok, or other social networks.

18.      The Work is only available for commercial use subject to license.

## INFRINGEMENT BY DEFENDANT

19.     J.Crew was never licensed to use the Work at issue in this action for any purpose.

20.     On a date after the Work was created, but prior to the filing of this action, J. Crew copied, distributed, and publicly performed the Work.

21.     Plaintiff discovered the unauthorized use of its Work at the following Internet URL: https://www.tiktok.com/@jcrew/video/7469774306826849566.

22.     J.Crew copied the Work without Plaintiff's permission.

23.     After J.Crew copied the Work, J.Crew distributed and publicly performed— including by means of a digital audio transmission—the Work as advertising to promote the sale of products or services offered, made, owned, manufactured, distributed, and/or sold by J.Crew.

24.     J.Crew copied, distributed and publicly performed the Work in order to advertise, market and promote its social media pages, grow its social media subscriber bases, earn money from advertising to its social media followers, and engage in other money-making business activities using the Work, such as the sale of J.Crew's products.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

25.     J.Crew committed these violations alleged in connection with J.Crew's business for purposes of advertising to the public.

26.     J.Crew committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

27.     Plaintiff never gave J.Crew permission or authority to copy, distribute or publicly perform the Work.

28.     Plaintiff notified J.Crew of the allegations set forth herein on October 9, 2025, November 4, 2025 and November 13, 2025, but to date the parties have failed to resolve this matter.

<u>**COUNT I**</u>
<u>**COPYRIGHT INFRINGEMENT**</u>

29.     Steininger incorporates the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

30.     Steininger owns the Work at issue in this case.

31.     Lessing registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

32.     J.Crew copied, distributed, and publicly performed the Work at issue in this case without Steininger's authorization in violation of 17 U.S.C. § 501.

33.     J.Crew performed the acts alleged in the course and scope of its business activities.

34.     J.Crew's acts were willful.

35.     Steininger has been damaged.

36.     The harm caused to Steininger is irreparable.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

WHEREFORE, CHRISTIAN "KRIS" STEININGER prays for judgment against Defendant J.CREW GROUP, LLC that:

A.       Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

B.       J.Crew be required to pay Steininger's actual damages and Defendant's profits attributable to the infringement, or, at Steininger's election, statutory damages, as provided in 17 U.S.C. § 504;

C.       Steininger be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

D.       Steininger be awarded pre- and post-judgment interest; and

E.       Steininger be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Steininger hereby demands a trial by jury of all issues so triable.

Dated: May 13, 2026                              Respectfully submitted,


                                                 */s/ Rebecca A. Kornhauser*
                                                 REBECCA A. KORNHAUSER
                                                 Bar Number: 6174387
                                                 rebecca.kornhauser@sriplaw.com
                                                 JORDAN I. ABISROR
                                                 Bar Number: 6139190
                                                 jordan.abisror@sriplaw.com
                                                 JOSEPH A. DUNNE (JD0674)
                                                 joseph.dunne@sriplaw.com

                                                 **SRIPLAW, P. A.**
                                                 41 Madison Avenue
                                                 25th Floor
                                                 New York, New York 10010

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

646.517.3534 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Christian "Kris" Steininger*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE